UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS RICHARDSON (#450603)

VERSUS                                              CIVIL ACTION

TIMOTHY WILKINSON, ET AL                            NUMBER 10-62-RET-SCR

RULING ON MOTION FOR RULING

Petitioner Travis Richardson applied to this Court for a writ of habeas corpus.[1]  He later filed a Motion to Supplement Petition for Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254.[2]  Petitioner has now filed a Motion Respectfully Requesting That a Ruling Be Made As Justice See Fit on Motion to Supplement Petition for Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254.  Record document number 20.

Petitioner's Motion Respectfully Requesting That a Ruling Be Made, considered as a motion for expedited consideration, is denied.  The court will address the petitioner's motion to supplement in the magistrate judge's report which will be issued in

---

[1] On January 28, 2010, the petitioner's Motion to Stay and Hold in Abeyance, record document number 3, was denied.  Record document number 5.  Petitioner was ordered to file a motion dismissing all grounds for relief which have not been fully exhausted through the state courts.  Petitioner responded to the court's order by filing a Motion to Dismiss all Grounds #2 for Relief. Record document number 7.  Petitioner's motion to dismiss all claims raised in the second ground for relief in his federal habeas corpus application was granted.  Record document number 8.

[2] Record document number 15.

due course.

    Baton Rouge, Louisiana, June 2, 2010.

                                      STEPHEN C. RIEDLINGER
                                    UNITED STATES MAGISTRATE JUDGE