UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRAVIS RICHARDSON (#450603)

VERSUS

TIMOTHY WILKINSON, ET AL

CIVIL ACTION

NO. 10-62-BAJ-SCR

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger on August 8, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petition of Travis Richardson for a writ of habeas corpus is denied.

Baton Rouge, Louisiana, August 31, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA